UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

    v.                            Civil No. 06-cv-013-JM

<u>Amy McPherson, et al.</u>


**ORDER**

    Re:  Document No. 4, <u>Motion/Letter to Appoint Counsel</u>

    **Ruling: Denied.** There is no constitutional or statutory right to free legal representation in a civil case. <u>Bemis v. Kelley</u>, 857 F.2d 14, 15 (1st Cir. 1988). An indigent litigant must demonstrate that exceptional circumstances exist to justify appointment of counsel. <u>DesRosiers v. Moran</u>, 949 F.2d 15, 23; <u>Cookish v. Cunningham</u>, 787 F.2d 1, 2 (1st Cir. 1986)(per curiam). Being incarcerated and indigent are insufficient in and of themselves.

                                                   /s/ James R. Muirhead
                                                   James R. Muirhead
                                                   U.S. Magistrate Judge

Date:  January 31, 2006

cc:    John J. Farley, Esq.
        Amy McPherson, *pro se*