UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.        Civil No. 06-cv-13-PB

<u>Amy McPherson, et al.</u>


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #13, Delilah Property Services, Inc. Motion to Extend Time to May 20, 2006 to Answer, filed by Amy McPherson

DATE FILED:   March 27, 2006

The document above fails to comply with:

LR 83.6(c)   Corporation or unincorporated association may not appear in any action or proceeding pro se


It is herewith ordered that the document is stricken, returned herewith to the submitting party.


SO ORDERED.


March 28, 2006        /s/ Paul Barbadoro
        Paul Barbadoro
        District Judge


cc:   Amy McPherson, Pro Se
     John Kiernan, Esq.
     Paul Clifford, Esq.
     John Farley, Esq.